FILED ___ LODGED
___ RECEIVED ___ COPY

APR 1 2 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR07- 429 PHX-JAT- (LOA) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| v. | |
| Mohammad Reza Alavi, | VIO: 50 U.S.C. §§ 1702 & 1705 (Export in Violation of Sanctions) Count 1 |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1

On or between July 18, 2006 and October 10, 2006, in the District of Arizona and elsewhere, the defendant, MOHAMMAD REZA ALAVI, knowingly and willfully exported and caused to be exported, from the United States to Iran, 3 KeyMaster software, without having first obtained the required authorization from the Secretary of the Treasury.

//
//
//
//
//
//

|     |     |
| --- | --- |
| 1   | In violation of Title 50, United States Code, Sections 1702 and 1705, Executive Order Nos. |
| 2   | 12959 and 13059, and Title 31, Code of Federal Regulations, Part 560. |

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: April 12, 2007

DANIEL G. KNAUSS
United States Attorney
District of Arizona

s/
DAVID A. PIMSNER
Assistant U.S. Attorney