WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 07-429-PHX-NVW |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Mohammad Reza Alavi, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Defendant's Motion to Suppress Statements Re: Superseding Indictment (doc. # 142) and Defendant's Motion to Compel Production of Grand Jury Transcripts Re: Count 1 of the Superseding Indictment (doc. # 152) are duplicative of motions previously denied on April 7, 2008 (doc. # 153) and on April 16, 2008 (doc. # 160). These duplicative motions will be denied for the same reasons as the previous motions.

IT IS THEREFORE ORDERED that Defendant's Motion to Suppress Statements Re: Superseding Indictment (doc. # 142) and Defendant's Motion to Compel Production of Grand Jury Transcripts Re: Count 1 of the Superseding Indictment (doc. # 152) are denied.

DATED this 23rd day of April, 2008.

_____
Neil V. Wake
United States District Judge